IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JOEY KENNETH PRIDDY,** | ) | CASE NO. 7:12CV00017 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **FINAL ORDER** |
| vs. | ) | |
| | ) | |
| | ) | |
| **JOHN GARMAN, ET AL.,** | ) | By:  Glen E. Conrad |
| | ) | Chief United States District Judge |
| **Defendant(s).** | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that this civil action is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), as legally frivolous; plaintiff's motion for preliminary injunction is **DENIED**; and this action is stricken from the active docket of the court.

**ENTER**:  This 14th day of March, 2012.

　　　　　　　　　　　　　　　　　 /s/   Glen E. Conrad
　　　　　　　　　　　　　　　　Chief United States District Judge